472 A.2d 232

Casbeer v. Casbeer, Appellant.

Submitted November 4, 1983. Anthony D. Miele, for appellant; Lowell Coolidge, for appellee.

Before ROWLEY, BECK and MONTGOMERY, JJ.

Order affirmed.